NEW YORK MERCHANDISE COMPANY, INC., Respondent, v. McGRAW-HILL PUBLISHING COMPANY, INC., Appellant, and ACME NEWS PICTURES, INC., Impleaded Defendant, Respondent.

Submitted April 12, 1943; decided April 22, 1943.

*Milton Kunen* and *Macdonald DeWitt* for motions.

*Chester Bordeau* and *Neal M. Welch* opposed.

Motions granted and appeal dismissed, with costs, and ten dollars costs of motion.